**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | College Cable Services, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 61-1209485 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **226 Industry Parkway**<br>**Nicholasville, KY 40356**<br>Number, Street, City, State & ZIP Code | **100 Castleberry Ln. Unit 265**<br>**Milford, OH 45150**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Jessamine**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **collegecable.com** |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **College Cable Services, Inc.**                                 Case number (if known) _____
         _____
         Name

**7.   Describe debtor's business**      A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**      Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check all that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **College Cable Services, Inc.**    Case number (*if known*) _____
        Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

       Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

### ▆ Statistical and administrative information

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **College Cable Services, Inc.**                                    Case number (*if known*) _____
          Name

|   |   |   |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **College Cable Services, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  1, 2022**
                        MM / DD / YYYY

**X** **/s/ Louis J. Santoro**           **Louis J. Santoro**
Signature of authorized representative of debtor     Printed name

Title   **Secretary / Treasurer**

---

**18. Signature of attorney**

**X** **/s/ Ellen Arvin Kennedy**        Date   **May  1, 2022**
Signature of attorney for debtor                    MM / DD / YYYY

**Ellen Arvin Kennedy**
Printed name

**Dinsmore & Shohl LLP**
Firm name

**100 W. Main Street**
**Suite 900**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone   **8594251000**     Email address   **ellen.kennedy@dinsmore.com**

**88347 KY**
Bar number and State

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **College Cable Services, Inc.**                                      Case No. _____
                                                    Debtor(s)         Chapter    **11** _____

# VERIFICATION OF MAILING LIST MATRIX

I, the Secretary / Treasurer of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under

penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __**31**__ page(s) is true and

correct and complete, to the best of my (our) knowledge.

Date:    **May 1, 2022** _____          /s/ Louis J. Santoro _____
                                                  **Louis J. Santoro**/**Secretary / Treasurer**
                                                  Signer/Title

I, _____**Ellen Arvin Kennedy**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached
Master Address List consisting of __**31**__ page(s) has been verified by comparison to Schedules D through H to be complete, to the
best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide
notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as
any amendments may be made.

Date:    **May 1, 2022** _____          /s/ Ellen Arvin Kennedy _____
                                                  Signature of Attorney
                                                  **Ellen Arvin Kennedy**
                                                  **Dinsmore & Shohl LLP**
                                                  **100 W. Main Street**
                                                  **Suite 900**
                                                  **Lexington, KY 40507**
                                                  **8594251000**

3S SALES & SERVICE
11278 SEBRING DRIVE
Cincinnati OH 45240


4COM, INC.
1660 SOUTH HWY 100 SUITE #240
Minneapolis MN 55416


ACCU-TECH CORPORATION
P.O. BOX 840781
Dallas TX 75284


ACTIVE ELECTRIC, INC.
1885 SOUTHTOWN BLVD
Dayton OH 45439


ACTIVE TECHNOLOGIES, INC
16025 CONTINENTAL BLVD.
South Chesterfield VA 23834


ACUHO-I CENTRAL OFFICE
1445 SIMMIT STREET
Columbus OH 43201


ADVANCED DISPOSALSOLID WASTE
P.O. BOX 74008047
Chicago IL 60674


ADVANCED MEDIA TECHNOLOGIES
P.O. BOX 934327
Atlanta GA 31193


AFCO Insurance Financing
PO Box 887200
Los Angeles CA 90088


ALBANY STATE UNIVERSITY
504 COLLEGE DR.
ALBANY GA 31705


ALTON BLAKELY
2130 SOUTH HWY 27
Somerset KY 42501

AMERICAN ROOFING AND METAL
4610 ROOFING RD.
Louisville KY 40218


ANIXTER INC.
2301 PATRIOT BLVD
Glenview IL 60026


ANTHEM BC/BS
P. O. BOX 6570
Carol Stream IL 60197


ARCHITECTURALLY YOURS
1049 KIIAWAH DRIVE
Lexington KY 40515


Asbury University
1 MACKLEM DR.
Wilmore KY 40390


AT&T MOBILITY
P. O. BOX 6463
Carol Stream IL 60197


AUTO OWNERS INSURANCE COMPANY
PO BOX 740312
Cincinnati OH 45274


B & R Heating and Air Conditioning
P.O. BOX 8008
Lexington KY 40533


B-K PLUMBING
P.O. BOX 24903
Lexington KY 40524


B. P. FLEETMANAGER
P. O. BOX 70995
Charlotte NC 28272


B.A. SYSTEMS INTEGRATION COMPANY, INC.
520 FOREST OAKS DRIVE
Richmond KY 40475

BAKER'S BODY SHOP
1383 RIVER RD.
London KY 40744


Bellarmine University
2001 Newburg Road
Louisville KY 40205


BEST WESTERN
248 WBI DR. P.O. BOX 700
Dillsboro NC 28725


Beth Lambert, MBA, CPPB
Missouri Dept. of Corrections
Fiscal Management Unit, Purchasing
2729 Plaza Dr.
Jefferson City MO 65109


BILL JOHNSON
106 LAURENBROOK DR.
Nicholasville KY 40356


BLONDER TONGUE
ONE JAKE BROWN RD
Old Bridge NJ 08857


BOYLE COUNTY SHERIFF
321 W MAIN, ROOM 103
Danville KY 40422


BP BUSINESS SOLUTIONS
P.O. BOX 70995
Charlotte NC 28272


BUDCO, INC.
P.O. BOX 3065
Tulsa OK 74101


BUREAU OF MOTOR VEHICLES
P.O. BOX 183089
Columbus OH 43218


C&C COMMUNICATIONS
873 EAST LAUREL ROAD
London KY 40741

C&C ELECTRIC
76 COUNTY RD. 106
Montevallo AL 35115

C&R CABLE
400 BLUE SKY PARKWAY
Lexington KY 40509

CABLE SPORTS SOUTHEAST
P.O. BOX 8500
Philadelphia PA 19178

CELERANT TECHNOLOGY CORP.
4830 ARTHUR KILL RD.
Staten Island NY 10309

Central Equipment
791 Red Mile Rd.
Lexington KY 40504

CENTRAL INSURANCE SERVICES
2424 HARRODSBURG RD. SUITE 102
Lexington KY 40503

Central State Hospital
Powell Building
Milledgeville GA 31062

CENTRONICS
325 LOG CANOE CIRCLE
Stevensville MD 21666

CHARLES BOSTON
55 NORTH MAIN STREET SUITE 104
Moticello KY 42633

CHARTER COMMUNICATIONS
PO BOX 6030
Carol Stream IL 60197

CINCINNATI ALARM SYSTEMS, INC.
11524 GROOMS RD,
Blue Ash OH 45242

CINCINNATI BELL
P.O. BOX 748003
Cincinnati OH 45274


CINCINNATI BELL ANY DISTANCE
P.O. BOX 748001
Cincinnati OH 45274


CINCINNATI CABLE TECHNOLOGY LLC
P.O. BOX 141101
Cincinnati OH 45203


CINCINNATI WATER WORKS
P.O. BOX 742505
Cincinnati OH 45274


CINCY EAST VBC
4343 MT CARMEL TOBASCO RD.
Cincinnati OH 45244


CINTAS CORPORATION
P.O. BOX 630921
Cincinnati OH 45263


CITY OF GEORGETOWN
100 COURT STREET
Georgetown KY 40324


City of Homewood
P.O. Box 59666
Homewood AL 35259


CITY OF MONTEVALLO
545 Main Street
Montevallo AL 35115


City of Nicholasville
P. O. Box 590 517 North main Street
Nicholasville KY 40340


CITY OF NICHOLASVILLE-2
105 COURT ROW
Nicholasville KY 40356

City of Nicholasville-3
P.O. Box 450
Nicholasville KY 40356


City of Richmond
P.O. Box 1268
Richmond KY 40476


City of Springdale
11700 Springfield Pike
Springdale OH 45246


CITY OF WILMORE
335 E. MAIN STREET
Wilmore KY 40390


CLARKS BODY SHOP
3942 RUSSELLDIKE MEMORIAL
London KY 40741


CLEAR SHOT PLUS INC.
2398 SE MASLAN AVE. PORT
St. Lucie FL 40356


CLEARVIEW PROFESSIONAL WINDOW CLEANING,
1043 MACKEY PIKE
Nicholasville KY 45103


CLERMONT COUNTY
2275 BAUER RD.
Batavia OH 45255


CMC
4030 MT. CARMEL TOBASCO RD. SUITE 115
Cincinnati OH 43812


Cochocton County Clerk of Courts
318 Main Street
Coshocton OH 40509


COMFORT HEATING & AIR
2424 PALUMBO DRIVE
Lexington KY 40356

COMFORTMASTER
109B MACARTHUR COURT
Nicholasville KY 40356


COMMERCIAL SATELLITE SERVICE
5673 DESCARTES CIRCLE
Boynton Beach FL 34472


COMMLINK INTEGRATION CORPORATION
15 TECH CIRCLE
Natick MA 01760


COMMODORE BLITZ
1111 CENTRE OARKWAY
Lexington KY 40517


COMMUNICATIONS PLUS
1449 FAIRMONT ROAD
Morgantown WV 26501


COMPLETELY KENTUCKY
237 WEST BROADWAY
Frankfort KY 40601


Conley Bottom Marina
270 Conley Bottom Road
Monticello KY 42633


CONSERVICE THE UTILITY EXPERTS
P.O. BOX 4718
Logan UT 84323


Corporate Records Service, Florida
P.O. Box 5618
Tallahassee FL 32314


Corporate Records Service-Kentucky
1303 US Hwy 127 S. Ste. 402 PMB 116
Frankfort KY 40601


COX BUSINESS
P.O. BOX 650957
Dallas TX 75265

CTS TELECOMMUNICATIONS
6661 CORPORATE DR.
Cincinnati OH 45242


CUMBERLAND FORD MOTORS, INC.
1501 US 25 E
Middlesboro KY 40965


Dalton Lawn care
132 Rosemont Gdn
Lexington KY 40503


DAVENPORT UNIVERSITY
6191 KRAFT AVE SE
GRAND RAPIDS MI 49512


David's Trailer & Hitch Sales Inc.
600 North Main street
Nicholasville KY 40356


DAWN DENT
306 CONSOLATION CHURCH RD.
Whitesburg GA 30185


DECKEL & MONEYPENNY, INC.
615 MARRET AVENUE
Louisville KY 40208


DELL PREFERRED ACCOUNT
P.O. BOX 5292
Carol Stream IL 60197


DELTA DENTAL MID-MONTH BILLS
P.O. BOX 950199
Louisville KY 40295


DELTA NATURAL GAS CO.
P.O. BOX 378
Nicholasville KY 40340


DELUXE
P.O. BOX 4656
Carol Stream IL 60197

Denmar
4319 Denmar Road
Hillsboro WV 24946


Dep't of Financial Instituion - WI
4822 Madison Yard Way North Tower
Madison WI 53703


Department of Revenue-KY
P.O. Box 491
Frankfort KY 40602


Direct Tv Business Service
PO Box 5006
Carol Stream IL 60197


DirecTV Headquarters
AT&T Entertainment Group Buidling LA5
2260 E Imperial Hwy
El Segundo CA 90245


DISPLAY SYSTEMS INTERNATIONAL, INC.
2214 HANSELMAN AVE.
SASKATOON, Sask S7L 6A4


DITCH WITCH OF KENTUCKY, INC.
P.O. BOX 6556 400 SPARROW DR.
Sheperdsville KY 40165


Dixon Hughes Goodman
P.O. Box 602828
Charlotte NC 28260


DLOM Group
448 Lewis Hargett Circle Ste 280
Lexington KY 40503


DOLLAR PROCESSING SERVICES
P.O. BOX 956649
St. Louis MO 63195


DON FRANKLIN FORD
P.O. BOX 968
London KY 40743

DON'S AUTO BODY
100 SOUTH VINE STREET
Somerset KY 42501


DUKE ENERGY
P.O. BOX 1326
Charlotte NC 28201


E-Signs
216 INDUSRTY PKWY #3
Nicholasville KY 40356


EATON FORMS
2280 ARBOR BLVD.
Dayton OH 45439


EDUCATION INTELLIGENCE INC
P.O. BOX 140228
Nashville TN 37214


EQUIPMENT SALES & RENTALS, LLC.
P.O. BOX 8075
Lexington KY 40533


Evans Gourmet Food
224 Industry Pkwy Ste A
Nicholasville KY 40356


FARMERS UNION INSURANCE
P.O. BOX 078567
Milwaukee WI 53278


FIBER INSTRUMENTS SALES INC.
161 CLEAR ROAD
Oriskany NY 13424


FINAL COAT PAINTING
325 BILOXI DR.
Nicholasville KY 40356


FIRST AMERICAN TITLE INSURANCE CO.
901 S. 2ND STREET SUITE 201
Springdale IL 62704

First Southern National Bank
15 US-27
Somerset KY 42501

First Southern National Bank
Card Member Services
P.O. Box 790408
St. Louis CT 06317-9000

FLAGSTAFF CORP
1000 N PLAZA DR. SUITE 610
Schaumburg IL 60173

Flordia Department of Revenue
5050 West Tennessee St.
Tallahassee FL 32399

Florida Compliance Services
400 Capital Cir SE P.O. Box 18321
Tallahassee FL 32301

Ford Credit
P.O. Box 790093
St. Louis MO 63179

Frontier
P.O. Box 740407
Cincinnati OH 45274

Frontier Communication
P.O. Box 740407
Cincinnati OH 45274

FULLER FORD
900 W. 8TH STREET
Cincinnati OH 45203

GEMINI CONTRACTING
904 SPRINGWOOD CT.
Lexington KY 40515

GEORGETOWN COLLEGE
400 EAST COLLEGE ST.
GEORGETOWN KY 40324

GEORGETOWN/SCOTT COUNTY
160 EAST MAIN STREET
Georgetown KY 40324


Georgia State Parks
c/o Pam Meditz
2610 Highway 155, SW,
Stockbridge GA 30281


GLACUHO
4201 GRANT LINE RD. MEADOW LODGE RM 103
New Albany IN 47150


GO 4 SATELLITE
145 ROAD 1 SOUTH SW
Cartersville GA 30120


GOLDEN SPIKE INDUSTRIES,INC.
W12374 MCCUBBINS LANE
Lodi WI 53555


GORDON STATE COLLEGE
419 COLLEGE DRIVE
BARNESVILLE GA 30204


GRAYBAR
RAYBAR 12444 COLLECTIONS
Chicago IL 60693


GREAT AMERICAN CABLING
5524 STOKESWOOD CT.
Cincinnati OH 45238


Grest American Insurance Group
P.O. Box 89400
Cleveland OH 44101


Grott Locksmith Center, Inc.
1112 Winchester Rd.
Lexington KY 40505


H2 Promotions
105 Bradley Drive
Nicholasville KY 40356

HARLEY FAMILY TIRE
521 SOUTH 3RD ST
Danville KY 40422


HARTFORD
P.O. BOX 660916
Dallas TX 45266


Herb Geddes Fence
232 INDUSTRY PARKWAY
Nicholasville KY 40356


HIQ CORPORATE SERVICES, INC.
715 ST. PAUL STREET
Baltimore MD 21202


HOME DEPOT CREDIT SERVICE
P.O. BOX 183175
Columbus OH 43218


HUBBARD CONSTRUCTION
192 MT. VERNON DR.
Georgetown KY 40324


INDEPENDENT AMERICAN CONSTRUCTION
1130 N. WESTMORELAND
Desoto TX 75115


INSIGHT BUSINESS
10168 LIMM STATION RD.
Louisville KY 40223


INSTY-PRINTS
2413 NICHOLASVILLE RD.
Lexington KY 40503


INTUIT
2632 Marine Way
Mountain View CA 94043


IT NETWORK CONSULTANTS
2891 RICHMOND RD. SUITE 208
Lexington KY 40509

J&S CONTRACTORS
1402 N JONES ST.
Fort Worth TX 76164


JACKSONVILLE STATE UNIVERSITY
700 PELHAM ROAD N.
Jacksonville AL 36265


JDS UNIPHASE CORPORATION
5793 COLLECTION CENTER DRIVE
Chicago IL 60693


JEFFERSON COUNTY KENTUCKY
P.O. BOX 34570
Louisville KY 40232


JESSAMINE CITY WATER
2225 LEXINGTON RD.
Nicholasville KY 40356


JESSAMINE CO. SHERIFF
101 S. SECOND STREET-STE A
Nicholasville KY 40356


Jessamine County Fiscal Court
105 Court Row
Nicholasville KY 40356


JIM PREUITT FORD, INC.
P.O. BOX 838
Talladega AL 35181


JOHNSON CONTROLS SECURITY SOLUTIONS
P.O. BOX 371967
Pittsburgh PA 15250


Kaleigh Stevens
State of Minnesota
Acquisition Management Specialist
50 Sherburne Ave., Suite 112
Saint Paul MN 55155


KARI-LANE, LLC
P.O. BOX 159
Saginaw AL 35137

Ken Tyson Plumbing
228 INDUSTRY PKWY
Nicholasville KY 40356


KENTUCKY DECORATIVE CONCRETE, INC.
101 KEMPER DRIVE
Nicholasville KY 40356


KEYS GROUP
543 SAINT ANTHONY DRIVE
Lexington KY 40505


KINNEY'S AUTO BODY
117 COMMERCE DR.
Nicholasville KY 40356


KOHRMAN, FRYE & ASSOCIATES
938 HEMPSTEAD DR.
Cincinnati OH 45231


KOORSEN FIRE & SECURITY
2719 N ARLINGTON AVE.
Indianapolis IN 46218


KU
P.O. BOX 25212
Lehigh Valley PA 18002


KY - BLUE LICKS STATE RESORT & PARK
10299 MAYSVILLE RD.
Carlisle KY 40311


KY - BUCKHORN LAKE STATE PARK
4441 HIGHWAY 1833
Buckhorn KY 41721


KY - CARTER CAVES STATE RESORT & PARK
344 CAVELAND DR.
Olive Hill KY 41164


KY - DALE HOLLOW STATE PARK
5970 STATE PARK RD.
Burkesville KY 42717

```
KY - GREENBO STATE RESORT & PARK
965 LODGE RD.
Greenup KY 41144


KY - NATURAL BRIDGE STATE PARK
2135 NATURAL BRIDGE RD.
Slade KY 40376


KY - PENNYRILE STATE RESORT & PARK
20781 PENNYRILE LODGE RD.
Dawson Springs KY 42431


Lake Cumberland Marina
2108 Highway 1383
Russell Springs KY 42642


LDR CONSULTING, LLC.
737 ROSE HURST WAY
Lexington KY 40515


LEES FORD MARINA
451 LEES FORD DOCK RD.
Nancy KY 42544


LEEWAY SERVICE CENTER
1366 COLONIAL BLVD
Ft. Myers FL 33907


LEXCAMS SATELLITE & SECURITY
2240 ABBEYWOOD RD.
Lexington KY 40515


LINE X OF SOMERSET
47 LARRY LANE
Somerset KY 42501


LINE-X OF KENTUCKY
119 HOWARD STREET
Nicholasville KY 40356


Madison County Clerk
101 W. Main St #4
Richmond KY 40475
```

Madison County Sheriff
135 West Irvine St., Ste B01
Richmond KY 40475


MAIL BOX AT PALOMAR
3735 PALOMAR CENTRE DR. SUITE 150
Lexington KY 40513


MALCO
1725 PUNCHEON CR RD
Eubank KY 42567


MARIOS PAINTING LLC.
1346 VILLAGE DR. APT #A19
Lexington KY 40304


Mark Nelson
8326 116th Way N
Champlin MN 55316


MARTINA BROS CO., INC.
300 SCOTT STREET
Lexington KY 40508


MATTHEW PATTERSON
49 PATRIOT DR.
Science Hill KY 42553


MCGREGOR & ASSOCIATES, INC.
997 GOVERNORS LN. SUITE175
Lexington KY 40513


MILES COLLEGE
5500 MYRON MASSEY BLVD.
Fairfield AL 35064


MILLER'S WINDOW WORKS
201 INDUSTRY PARKWAY
Nicholasville KY 40356


MITCHUSON CARPENTRY INC.
3925 CROSBY DR.
Lexington KY 40515

MONROE ELECTRONICS INC.
100 HOUSEL AVE. P.O. BOX 535
Lyndonville NY 14098


MOREHEAD STATE UNIVERSITY
180 MARTINDALE DR.
Morehead KY 40351


MPH
240 RIVERTON RD.
Foster KY 41043


NATIONAL COMMUNICATIONS, INC.
100 PORTER STREET
Franklin NC 28734


NATIONAL FARMERS UNION
PO BOX 711856
Denver CO 80271


NICHOLASVILLE
P.O. BOX 450, 601 N. MAIN STREET
Nicholasville KY 40340


NICKLESS SCHIRMER & CO., INC.
6820 POWER LINE DRIVE
Florence KY 41042


NORTH AMERICAN CABLE EQUIPMENT
1085 ANDREW DR. SUITE #A
West Chester PA 19380


NORTH CAROLINA DEPARTMENT OF REVENUE
P.O. BOX 25000
Raleigh NC 27640


NORTH GREENVILLE UNIVERSITY
P.O. BOX 1892
Tigerville SC 29688


NORTHSTAR TELESOLUTIONS
3209W SMITH VALLEY RD SUITE 201
Greenwood IN 46142

OFFICE DEPOT
P.O. BOX 78004
Phoenix AZ 85062


Office of the Fayette County Sheriff
P. O. Box 34148
Lexington KY 40588


Ohio Bureau of Workers Comp
P.O. Box 89492
Cleveland OH 44101


OKIRA
P.O. BOX 1325
Lexington KY 40588


ONTV
1101 Brickell Ave
South Tower 8th Floor
Miami FL 33131


Overhead Door
181 TRADE STREET
Lexington KY 40511


OZBOURN ELECTRICAL CONTRACTORS, INC.
8316 HAZELBRAND RD. NE
Covington GA 30014


PAGE ELECTRONICS
8651 ALBANY RD.
Burkesville KY 42717


PALM BEACH ATLANTIC UNIVERSITY
P.O. BOX 24708
West Palm Beach FL 33416


Palmer Dodge
11460 Alpharetta Hwy
Rosewell GA 30076


PALMER TIRE
305 SOUTHLAND DRIVE
Lexington KY 40503

PARKING SERVICES
P.O. BOX 193713
Cincinnati OH 45219


PAUL MILLER FORD INC.
975 EAST NEW CIRCLE RD.
Lexington KY 40588


Perfect Vision
P.O. BOX 841444
Dallas TX 75284


Philo, Inc.
C T Corporation System
330 N Brand Blvd STE 700
Glendale CA 91203


Philo, Inc.
225 Green Street
San Francisco CA 94111


PITNEY BOWES
P.O. BOX 371887
Pits PA 15250


PITNEY BOWES GLOBAL FINANCIAL SERVICE
2225 AMERICAN DRIVE
Neenah WI 54956


Pontiac Correctional Facility
700 W LINCOLN ST
Pontiac IL 61764


PORTER'S TIRE STORE
P.O. BOX 68
Morristown TN 37815


POWER & TEL
P.O. BOX 1000, DEPT 839
Memphis TN 38148


PRATI DEVELOPMENT IN.
2398 SE MASLAN AVE.
Port Saunt Lucie FL 34952

PRECISION CABLING, INC.
5501 INDEPENDENCE SUITE 310
Plano TX 75023


PROLIFT INDUSTRIAL EQUIPMENT
12001 PLANTSIDE DR.
Louisville KY 40299


PROSOURCE
9482 MERIDIAN WAY
West Chester OH 45069


PULASKI COUNTY SHERIFF
P.O. BOX 752
Somerset KY 45202


PURSCHASE POWER
P.O. BOX 371874
Pittsburgh PA 15250


QUALITY INSULATION OF LEXINGTON
P.O. BOX 534451
Atlanta GA 30353


QX NET
P.O. BOX 12090
Lexington KY 40580


R&D INDOOR COMFORT OF LEXINGTON
2514 REGENCY RD. SUITE 101
Lexington KY 40503


RAINIER CONSTRUCTION, INC.
P.O. BOX 1731
Calera AL 35040


RAPIDFORMS
P.O. BOX 88042 CHICAGO, IL 60680-1042
Chicago IL 60680


RAYNOR
1033 RUSHWOOD CT.
Lexington KY 40511

REPUBLIC SERVICES
P.O. BOX 9001099
Louisville KY 40290


REX ELECTRIC INC.
230 WEST MONROE SUITE 1150
Chicago IL 60606


RIVERLINK
P.O. BOX 16799
Austin TX 78761


RJH OF SOUTH FLORIDA INC.
1756 NE 37TH STREET FT
Ft. Luaderdale FL 33334


Robinson & Barn Builders, LLC
1227 Copper creek Rd.
Berea KY 40403


Rowan County Sheriff
600 West Main Street
Morehead KY 40351


RUMPKE
P.O. BOX 538710
Cincinnati OH 45253


S & S TIRE #4
3650 BOSTON RD. MILLPOND SUITE 4B
Lexington KY 40514


SALEM STATE UNIVERSITY
352 LAFAYETT STREET
Salem MA 01970


SAMFORD UNIVERSITY
800 LAKESHORE DRIVE
Birmingham AL 35229


SCELLER AUTOMOTIVE
119 COMMERCIAL DR.
Lexington KY 40505

SCOTT CO SHERIFF
120 NORTH HAMILTON
Georgetown KY 40324


Scott Gross Co. Inc.
664 Magnolia Ave.
Lexington KY 40505


SEAHO
212 CAMPUS CENTER, PO BOX 8795
Williamsburg VA 23185


SEARS TOWING
67 DUNGAN KNOB ROAD
Science Hill KY 42553


SHAW SATELLITE SERVICES, INC.
PO BOX 1650, STATION MAIN
CALGARY, ALBERTA T29 2L7


SHELL FLEET
P.O. BOX 183019
Columbus OH 43218


Sheriff - Russell County
410 Monument Square #109
Jamestown KY 42629


SHM BEAVER CREEK LLC
7162 P.O. Box 2450
Spokane WA 99210


SHM Burnside LLC
7162 P.O. Box 2450
Spokane WA 99210


SIGNARAMA
4013 NICHOLASVILLE RD. SUITE 130
Lexington KY 40503


SMOKY MOUNTAIN GETAWAYS
5184 HWY 74W
Whittier NX 28789

SOUNDVISION SYSTEMS INC.
3610 NW 118TH AVE. SUITE #3
Coral Springs FL 33065


SOUTH CAROLINA DEPARTMENT OF REVENUE-2
P.O. BOX 101105
Columbia SC 29211


SOUTH CAROLINA DEPT OF REVENUE
PO BOX 100153
Columbia SC 29202


SOUTHERN BAPTIST THEO. SEM.
2825 LEXINGTON ROAD
Louisville KY 40206


Southern States
1141 Paris Road
Georgetown KY 40324


SOUTHWESTERN COLLEGE
100 COLLEGE STREET
Winfield KS 67156


SPANCOM SERVICES, INC.
P.O. BOX 5348
Birmingham AL 35207


Spring Hill College
4000 Dauphin Street
Mobile AL 36608


Springdale Tax Commission
11700 Springdale Pike
Cincinnati OH 45246


SWIZZLE CO.
15663 CALOOSA CREEK CIRCLE
Fort Myers FL 33908


TA AUTOMOTIVE
1439 N. BROAD ST
Tazewell TN 37879

TAKE A SHOT
222 AUSTIN LANE
Jacksboro TN 37757


Talladega College
627 W. Battle Street Talladega,
Talladega AL 35160


TAYLOR MADE SALES AGENCY, INC.
2765 UNION MILL RD.
Nicholasville KY 40356


TELEGUIDE/MAXCOL
1660 S HWY 100 SUITE 590
Minneapolis MN 55416


TENNESSEE DEPT OF REVENUE
500 DEADERICK STREET
Nashville TN 37242


TENNESSEE WESLEYAN UNIVERSITY
204 EAST COLLEGE ST.
Athens TN 37371


THE COMMONWEALTH JOURNAL
P.O. BOX 859
Somerset KY 42502


THE CUTTER SNIPE
P.O. BOX 22423
Lexington KY 40522


THE DRAFTING BOARD, INC.
1049 KIAWAH DRIVE
Lexington KY 40515


THE UPS STORE
11711 PRINCETON PIKE SUITE 341
Cincinnati OH 45246


THOMAS MARTRELL BERRY
1007 TRENT BLVD.
Lexington KY 40517

```
TIM CATRON
55 NORTH MAIN ST SUITE 104
Monticello KY 42633


TIME WARNER CABLE
PO BOX 6030
Carol Stream IL 60197


TKS CONSTRUCTION SERVICES, INC.
3391 GLENMORE AVE. SUITE 2
Cincinnati OH 45211


TODD WOOD, SHERIFF
P.O. BOX 752
Somerset KY 42502


TONER CABLE EQUIPMENT
969 HORSHAM RD.
Horsham PA 19044


TONY ARNOLD
153 PATCHEN DR. SUITE 13
Lexington KY 40517


Tony Hampton, Sheriff
120 N. Hamilton St.
Georgetown KY 40324


TOPEKA CORRECTIONAL FACILITY
815 SE RICE RD.
Topeka KS 66607


Toyota
2431 Carol Stream
Carol Stream IL 60132


TRAC
715 ST PAUL STREET
Baltimore MD 21202


TRANSYLVANIA UNIVERSITY-1
300 NORTH BROADWAY
Lexington KY 40508
```

TRISTAN HUGHES
85 POINTE LN. APT C
Cullowhee NC 28723


TULSAT LLC
10632 S. MEMORIAL DR,
Tulsa OK 74133


TUSCULM COLLEGE
P.O. BOX 5100 GREENVILLE
Greenville TN 37743


TYCO INTEGRATED SECURITY
P.O. BOX 371967
Pittsburgh PA 15250


TYPHOON LOGISTICS, INC.
P.O. BOX 598
Revere MA 02151


UNDERGROUND INC.
11251 MOFFETT RD.
Wilmer AL 36587


UNIFIED UTILITY ALLIANCE, INC
P.O. BOX 2181
London KY 40743


UNITED PARCEL SERVICE
P.O. Box 809488
Chicago IL 60680


UNITED STATES POSTAL SERVICE
3525 LANSDOWNE DR.
Lexington KY 40517


UNIV OF MONTEVALLO
STATION 6370
Montevallo AL 35115


UNIV. OF CINCINNATI
2766 UC MAINSTREET
Cincinnati OH 45221

UNIVERSITY OF MEMPHIS
101 JONES HALL 3706 ALUMNI AVE.
Memphis TN 38152


University of Miami
1320 South Dixie Hwy, Ste 1235A
Coral Gables FL 33146


University of Mobile
5735 College Parkway
Mobile AL 36613


UNIVERSITY OF NORTH CAROLINA
104 AIRPORT DRIVE
Hill NC 27599


UNIVERSITY OF SOUTH ALABAMA
650 Clinic Drive TRP III Suite 1400
Mobile AL 36688


University of Wisconsin - Green Bay
2420 Nicxolet Drive
Bay WI 54311


University of Wisconsin - Oshkosh
P.O. Box 2884
Oshkosh WI 54903


UNIVERSITY OF WYOMING
1000 E UNIVERSITY AVE.
Laramie WY 82071


UNIVERSITY SPORTS PUBLICATION
9702 GAYTON ROAD DEPT 281
Richmond VA 23233


UNIVERSITY SPORTS PUBLICATIONS
1821 HILLANDALE RD. SUITE 1B-135
Durham NC 27705


UPS SUPPLY CHAIN SOLUTIONS, INC.
P.O. BOX 809488
Chicago IL 60680

VAN WAGNER SPORTS & ENT, LLC.
800 3RD AVE. 28TH FLOOR
New York NY 10022


VANGUARD TECHNOLOGIES
614 SAWGRASS CT.
Richmond KY 40475


VEOLIA ENVIRONMENTAL SERVICES
P.O. BOX 484
Morehead KY 40351


VERIZON WIRELESS
P.O. BOX 16810
Newark NJ 07101


VIAVI SOLUTIONS INC.
5793 COLLECTION CENTER DR.
Chicago IL 60693


Victor Simo LLC
6556 NW 97th Dr.
Parkland FL 33076


WANG HEATING & AIR
5991 MEIJER DR. SUITE 19
Milford OH 45150


WASTE MANAGEMENT
PO BOX 4648
Carol Stream IL 60197


WAVELENGTH COMMERCIAL COMMUNICATIONS, IN
7300 S COLORADO BLVD.
Centennial CO 80122


Weber State University
1265 VILLAGE DR
Ogden UT 84408


Wendell Wison Concsulting, LLC
104 E. Main Street
Richmond KY 40475

West Virginia University
P.O. Box 6024
Morgantown WV 26506


WESTERN CAROLINA UNIVERSITY
417 CENTRAL DR. ROOM 225
Cullowhee NC 28723


Wex Fleet Universal
P.O. Box 4337
Carol Stream IL 60197


WILD CAT FORD
4080 LEXINGTON RD.
Nicholasville KY 40356


Windstream
P.O. Box 9001013
Louisville KY 40290


Windstream-Kinetic
P.O. Box 9001013
Louisville KY 40290


WISE GUYS MEDIA, LLC
937 CANYON RD
Morgantown WV 26508


Wolf Creek Marina
782 Island Ramp Road
Nancy KY 42544


Wood & Lamping
600 Vine Street, #2500
Cincinnati OH 45202


WOODLAKE LODGE
330 WOODLAKE BLVD
Tazewell TN 37879


XPRESS MANAGEMENT SOLUTIONS, INC.
P.O. BOX 910801
Lexington KY 40591

Xtreme Audio
24 Rowena Dr.
Somerset KY 42501