**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| In re:<br><br>College Cable Services, Inc.,<br><br>　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 22- 50401 |

**LIST OF CREDITORS HOLDING
25 LARGEST UNSECURED CLAIMS**

  Comes College Cable Services, Inc., the Chapter 11 Debtor-In-Possession (the "Debtor"), by its proposed counsel and hereby files a list of its largest unsecured creditors, based on the books and records of the Debtor as of approximately May 1, 2022 (the "Top 25 List"). The Top 25 List was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtor's Chapter 11 case. The Top 25 List does not include (1) persons who fall within the definition of "insider" set forth in 11 U.S.C. §101; or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 25 largest unsecured claims. The information presented in the Top 25 List shall not constitute an admission by, nor is it binding on, the Debtor. The failure of the Debtor to list the claim as contingent, unliquidated or unknown does not constitute a waiver of the Debtor's right to contest the validity, priority, and/or amount of the claim.

| Name of creditor and complete mail address including zip code | Amount of claim (if secured also state value of security) |
|---|---|
| ADVANCED MEDIA TECHNOLOGIES<br>PO BOX 934327<br>ATLANTA, GA 31193 | $36,343.10 |
| ONTV<br>1101 BRICKELL AVE.<br>SOUTH TOWER 8TH FLOOR<br>MIAMI, FL 33131 | $33,346.42 |

| | |
|---|---|
| PHILO INC.<br>225 GREEN ST.<br>SAN FRANCISCO CA  94111 | $33,182.20 |
| CENTRAL INSURANCE SERVICES<br>2424 HARRODSBURG RD. SUITE 102<br>LEXINGTON, KY 40503 | $15,447.00 |
| ANTHEM BC/BS<br>PO BOX 6570<br>CAROL STREAM, IL 60197 | $14,990.42 |
| WEX FLEET UNIVERSAL<br>P.O. Box 4337<br>CAROL STREAM, IL 60197-4337 | $5,875.90 |
| FSNB CARD SERVICES<br>PO BOX 790408<br>ST. LOUIS, CT 06317 | $4,338.99 |
| ALTON BLAKELY 2130 SOUTH HWY 27 SOMERSET, KY  42501 | $3,932.47 |
| DON FRANKLIN FORD<br>PO BOX 968<br>LONDON, KY 40743 | $2,912.16 |
| UNIVERSITY OF MONTEVALLO STATION 6370<br>MONTEVALLO, AL 35115 | $2,500.00 |
| PALMER TIRE<br>305 SOUTHLAND DRIVE<br>LEXINGTON, KY  40503 | $2,439.09 |
| HARTFORD<br>PO BOX 660916<br>DALLAS, TX 45266 | $1,971.99 |
| CMC<br>4030 MT. CARMEL TABASCO RD, SUITE 115<br>CINCINNATI, OH 43812 | $1,127.50 |
| XPRESS MANAGEMENT SOLUTIONS, INC.<br>PO BOX 910801<br>LEXINGTON, KY 40591 | $1,072.88 |
| LOUIS J. SANTORO<br>9 PALMVIEW BLVD<br>FORT MYERS BEACH, FL 33931 | $1,000.00 |
| DELTA DENTAL<br>PO BOX 950199 | $570.10 |

| | |
|---|---|
| LOUISVILLE, KY 40295 | |
| AMERICAN ROOFING AND METAL<br>4610 ROOFING RD.<br>LOUISVILLE, KY 40218 | $505.00 |
| WASTE MANAGEMENT<br>PO BOX 4648<br>CAROL STREAM, IL 60197 | $408.79 |
| B.A. SYSTEMS INTEGRATIONS COMPANY, INC. 520 FOREST OAKS DRIVE<br>RICHMOND, KY  40475 | $156.35 |
| BEST WESTERN<br>248 WBI DRIVE<br>PO BOX 700<br>DILLSBORO, NC 28725 | $136.52 |
| SOUTHERN STATES<br>1141 PARIS ROAD<br>GEORGETOWN, KY 40324 | $109.43 |
| QX NET<br>P.O. BOX 12090 LEXINGTON, KY  40580 | $59.00 |
| FRONTIER COMMUNICATION<br>PO BOX 740407<br>CINCINNATI, OH 45274 | $54.99 |
| NORTHSTAR TELESOLUTIONS<br>3209W SMITH VALLEY RD<br>SUITE 201<br>GREENWOOD, IN  46142 | $50.00 |
| PURCHASE POWER<br>PO BOX 371874<br>PITTSBURGH, PA 15250 | $2.07 |

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

In re:

College Cable Services, Inc.,

Debtor.

Chapter 11

Case No. 22- 50401

## DECLARATION UNDER PENALTY OF PERJURY – 25 LARGEST CREDITORS

I, Louis J. Santoro, Secretary of the corporation named as Debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing consolidated list of the 25 largest unsecured creditors (the "Top 25 List") and that the Top 25 List is true and correct to the best of my information and belief.

Dated: May 1, 2022          Signature: /s/ _____
                                      Louis J. Santoro
                                      Secretary